**This order is SIGNED.**

**Dated: August 17, 2022**

_/s/ JT Marker_
**JOEL T. MARKER**
**U.S. Bankruptcy Judge**



*msc*

Brian D. Johnson #6754
**BRIAN D. JOHNSON, P.C.**
290 25th St. Suite 208
Ogden, UT 84401
(801) 394-2336
Attorney for Debtor(s).

| IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH CENTRAL DIVISION ||
|---|---|
| In re: MONTY G. VOSS AND MICHELLE LEE VOSS, Debtor(s). | Case No. 21-25161 Chapter 13 Judge JOEL T. MARKER |
| **ORDER SUSTAINING DEBTORS' OBJECTION TO TRUSTEE'S MOTION TO DISMISS, MOTION TO ABATE PLAN PAYMENTS, AND REQUEST FOR ALLOWANCE OF ATTORNEY'S FEES AND COSTS** ||

Debtors' Objection to Trustee's Motion to Dismiss, Motion to Abate Plan Payments, and Request for Allowance of Attorney's Fees and Costs was filed and scheduled for a telephonic hearing on August 17, 2022 at 9:30 a.m. The notice of hearing was sent to all creditors, said notice provided that the requested relief could be granted absent the filing of a response within twenty-four days of service. The Trustee filed a response; no other responses have been filed or received by Debtors' counsel. The deadline having expired, and after review of the pleadings on file in this matter,

This Court hereby ORDERS as follows:

1. Debtors' Objection to Trustee's Motion to Dismiss is SUSTAINED.

2. Debtors' Motion to Abate Plan Payments, and Request for Allowance of Attorney's Fees and Costs is GRANTED.

3. The delinquency in the amount of $2,306.00 is hereby abated.

4. The Plan payments shall increase to $637.00 beginning with the July 25, 2022 plan payment.

5. Debtors shall make July's and August's plan payments by September 5, 2022 to be received by the trustee on September 14, 2022.

6. Counsel for the debtors is allowed fees and costs in the amount of $804.60.

***End of Document***

## DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDER

Service of the foregoing Order Sustaining Debtors' Objection to Trustee's Motion to Dismiss, Motion to Abate Plan Payments, and Request for Allowance of Attorney's Fees and Costs shall be served on the parties in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case, as identified below, are registered CM/ECF users.

LON JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION
UNITED STATES TRUSTEE, ECF NOTIFICATION
BRIAN D. JOHNSON, ECF NOTIFICATION

**By U.S. Mail:** In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

All parties on the Court's official matrix

/s/ Brian D. Johnson
Brian D. Johnson
Attorney for Debtor(s)